FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>    v.<br><br>JUAN MANUEL LOZANO,<br><br>                       Defendant. | No. 4:21-CR-06040-MKD<br><br>ORDER RESETTING SENTENCING HEARING AND DIRECTING DEFENSE COUNSEL TO FILE INTERPRETER'S CERTIFICATION |
|---|---|

On January 4, 2024, this case was set for sentencing. AUSA Michael Murphy appeared on behalf of the United States. William McCool appeared on behalf of Defendant, who was also present. The below Order summarizes and supplements the Court's oral rulings.

At the hearing, Mr. McCool indicated that he had not reviewed the Presentence Investigation Report (PSR) with Defendant. Mr. McCool stated he had only reviewed the PSR with Defendant's wife, who then communicated with Defendant.

ORDER - 1

At sentencing, the Court "must verify that the defendant and the defendant's attorney have read and discussed the presentence report and any addendum to the report," pursuant to Fed. R. Crim. P. 32(i)(1)(A).  Because the Court could not so verify, the sentencing could not proceed as scheduled.  The Court confirmed that Mr. Murphy and Mr. McCool were available on January 19, 2024, at 12:00 p.m. in Richland for the sentencing in this matter.  Mr. McCool confirmed he would be able to review the PSR with Defendant and a certified interpreter before that date.  Additionally, Mr. Murphy and Mr. McCool confirmed that the parties will not need more than 1 hour and 45 minutes to complete the sentencing hearing, as the Court's January 19 schedule cannot accommodate any longer proceedings.

The Court ordered Mr. McCool to file a certification from the interpreter confirming that the interpreter is certified to provide Spanish interpretation services in federal or state court and that the interpreter fully interpreted Mr. McCool's review and discussion of the PSR and PSR Addenda[1] with Defendant.  The Court notes that defense counsel was previously advised to obtain professional legal interpretation, rather than relying on informal interpretation by Defendant's

---

[1] The Court observes that there are, in fact, two Addenda to the PSR—U.S. Probation was required to file a second Addendum due to Mr. McCool's failure to meet the PSR objections deadline for the original Addendum.  *See* ECF No. 60.

ORDER - 2

family members, to review the Plea Agreement with Defendant, so it is unclear why he did not do so now.

The Court underscores that all facts currently before the Court indicate that this delay, as with the host of other delays in these sentencing proceedings outlined above, is solely attributable to Mr. McCool and not attributable to Defendant.

Accordingly, **IT IS HEREBY ORDERED:**

1. A sentencing hearing is **RESET** for **January 19, 2024**, at **12:00 p.m.** in Richland Courtroom 189.

2. **By no later than January 17, 2024,** defense counsel William McCool **shall:**

    a. **review and discuss** the Presentence Investigation Report, ECF No. 59; the Addendum to the Presentence Investigation Report, ECF No. 60; and the Second Addendum to the Presentence Investigation Report, ECF No. 76, with Defendant and with the assistance of **an interpreter certified to provide Spanish interpretation services in federal or state court**; and

    b. **file** a certification from that interpreter confirming (i) that they are certified to provide Spanish interpretation services in federal or state court and (ii) that they provided interpretation for Mr. McCool's and Defendant's full review and discussion of the

ORDER - 3

Presentence Investigation Report, ECF No. 59; the Addendum to the Presentence Investigation Report, ECF No. 60; and the Second Addendum to the Presentence Investigation Report, ECF No. 76.

3. **The Court reiterates its previous warning that sanctions will be imposed upon defense counsel for the failure to meet any future deadlines. ECF No. 72 at 3. This includes any failure by defense counsel to be fully prepared to proceed with the January 19 sentencing.**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel, the United States Probation Office, and the United States Marshals Service.

DATED January 5, 2024.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 4