1
2
3
4

William McCool, WSBA # 09605
6 East Alder Street, Suite 211
P.O. Box 514
Walla Walla, WA 99362
509-525-2630
assistyou@mccool.law

5
6

Attorney for Defendant
Juan Manuel Lozano

7
8
9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
HONORABLE MARY K. DIMKE

10    United States of America,

11                                    Plaintiff,

12          v.

13    Juan Manuel Lozano,

14                                    Defendant.

15

No.  4:21-CR-06040-MKD

**Certificate of Interpreter**

16
17    I, Jeff Adams, under penalty of perjury under the laws of the State of

18    Washington, hereby declare as follows:

19    I am a certified interpreter in the State of Washington, WA AOC Certified

20    Interpreter #4530, and my primary interpretation is done in the superior and

21    district courts for Walla Walla, Franklin, and Benton County, Washington.

22    I hereby certify that on this 11th day of January, 2024, I interpreted word-for-

23    word the contents of the following documents to Defendant Juan Manuel Lozano:

24    Presentence Investigation Report as to Juan Manuel Lozano (1), (ECF No. 59),

25    submitted by Jennifer Dykstra, U. S. Probation Officer, on August 7, 2023;

Certificate of Interpreter- 1

Addendum to the Presentence Report as to Juan Manuel Lozano (1), (ECF 60), submitted by Jennifer Dykstra, U. S. Probation Officer, on August 7, 2023; and Second Addendum to Presentence Investigation Report as to Juan Manuel Lozano (1),(ECF 76), submitted by Jennifer Dykstra, U. S. Probation Officer, on December 26, 2023.

Under penalty of perjury under the laws of the State of Washington, I hereby declare that the above and foregoing information is true and correct to the best of my information and belief.

Dated at Walla Walla, Washington this 11th day of January, 2024.

s/ Jeff Adams

Dated: January 11, 2024.

Certificate of Interpreter- 2

1

2                          Certificate of Service

3

4        I hereby certify that on, January 11, 2024, I electronically filed the foregoing

5    with the Clerk of the Court using the CM/ECF System which will send notification of

6    such filing to the following: Michael D. Murphy, AUSA.

7
                                            s/ William McCool
8                                           William McCool, WSBA # 09605
                                            6 East Alder Street, Suite 211
9                                           Attorney for Juan Manuel Lozano
                                            P.O. Box 514
10                                          Walla Walla, WA  99362
                                            (509)525-2630
11                                          assistyou@mccool.law

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Certificate of Interpreter- 3